UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCAUREL A PIERRE,

    Plaintiff,

v.                                        Case No. 3:20cv4786-LC-HTC

WARDEN J KOLODZEIJ,
et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 9, 2020 (ECF No. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation (ECF Doc. 11) is adopted and incorporated by reference in this order.

2. Th petition is DISMISSED WITH PREJUDICE for failure to comply with a Court order and failure to state a claim.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of July, 2020.

s/*L.A. Collier*

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv4786-LC-HTC